STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR00-00028

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 21 U.S.C. § 860(a) |
| ) | |
| ROCHELLE ROY, a.k.a. ) | |
| ROCHELLE FLORES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about January 11, 2000, within the District of Hawaii, ROCHELLE ROY, a.k.a. ROCHELLE FLORES, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.115 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground, to wit: Aala Park.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 2

The Grand Jury further charges that:

On or about January 11, 2000, within the District of Hawaii, ROCHELLE ROY, a.k.a. ROCHELLE FLORES, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.090 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground, to wit: Aala Park.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 3

The Grand Jury further charges that:

On or about January 11, 2000, within the District of Hawaii, ROCHELLE ROY, a.k.a. ROCHELLE FLORES, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.096 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground, to wit: Aala Park.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In violation of Title 21, United States Code, Section 860(a).

DATED: 19 Jan 2000, ~~1999~~ at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Rochelle Roy, a.k.a. Rochelle Flores
"Indictment"
Cr. No. _____